```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Naana Danso-Appiah,

           Plaintiff,

-against-

Burlington Coat Factory of Texas, Inc.,

           Defendant.

1:21-cv-09179 (LAK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In accordance with the Court's July 28, 2022 Order, the parties were to file a joint letter by August 4, 2022 providing alternative dates for a settlement conference. (ECF No. 25.) It is hereby Ordered that the parties shall do so no later than Tuesday, August 9, 2022. If the parties are unable to file a joint letter, each side shall file a separate letter by the same date. Failure to comply with the Court's Order may result in the imposition of sanctions.

SO ORDERED.

DATED:    New York, New York
                August 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge