```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Naana Danso-Appiah,

               Plaintiff,

-against-

Burlington Coat Factory of Texas, Inc.,

               Defendant.

1:21-cv-09179 (LAK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. On September 30, 2022, the parties shall file a joint letter regarding their proposed time frame for scheduling a settlement conference and, if appropriate, setting forth proposed dates.

2. The deadline for the completion of fact discovery is extended until October 28, 2022.

3. The deadline for the completion of expert discovery is extended until December 30, 2022.

SO ORDERED.

DATED:     New York, New York
              August 16, 2022

_____
STEWART D. AARON
United States Magistrate Judge