```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Naana Danso-Appiah,

                Plaintiff,

-against-

Burlington Coat Factory of Texas, Inc.,

                Defendant.

1:21-cv-09179 (LAK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      In accordance with the Court's October 4, 2022 Order (ECF No. 31), the parties were to file, no later than October 11, 2022, a joint letter setting forth three dates after mid-November when counsel and their clients are available for a settlement conference. The parties have failed to do so. The parties are reminded that failure to comply with Court Orders may result in the imposition of sanctions. However, because it appears that the parties are not ready to participate in a settlement conference, the Court will not schedule one at this time. The parties are reminded that the deadline for the completion of fact discovery is October 28, 2022 and the deadline for the completion of expert discovery is December 30, 2022.

  **SO ORDERED.**

DATED:     New York, New York
              October 12, 2022

_____
STEWART D. AARON
United States Magistrate Judge