```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Naana Danso-Appiah,<br><br>       Plaintiff,<br><br>-against-<br><br>Burlington Coat Factory of Texas, Inc.,<br><br>       Defendant. | 1:21-cv-09179 (LAK) (SDA)<br><br>ORDER |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  Discovery in this action closed on June 30, 2023. (*See* 4/28/2023 Order, ECF No. 43.) No later than Wednesday, July 12, 2023, the parties shall file a joint letter regarding proposed next steps in this action, including whether they wish to participate in a second settlement conference.

**SO ORDERED.**

Dated:  New York, New York
     July 5, 2023

                   /s/ Stewart D. Aaron
                   _____
                   STEWART D. AARON
                   United States Magistrate Judge